# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| THOR S., | Case No. 18-CV-538 (NEB/KMM) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| NANCY BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The Court has received the December 13, 2018 Report and Recommendation of United States Magistrate Judge Katherine M. Menendez. [ECF No. 15.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 15] is ACCEPTED;

2. The Plaintiff's Motion for Summary Judgment [ECF No. 10] is DENIED;

3. The Defendant's Motion for Summary Judgment [ECF No. 12] is GRANTED; and

4. This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 30, 2019

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge